**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                 **Case No. 11-40052-01-RDR**

TEODORO VASQUEZ-GIL,

        Defendant.

## O R D E R

This case is before the court upon defendant's unopposed motion for a second extension of time to file pretrial motions. Defendant's counsel indicates that his time has been consumed in the preparation and jury trial of a complex federal case and that additional discovery, including thousands of pages of reports, was served upon defendant on August 31, 2011.

Upon review, the court shall grant the motion. The court finds that denial of the motion may deprive counsel and defendant the time necessary to adequately assess the discovery provided and the need to file pretrial motions, taking into account the exercise of due diligence.

After balancing the interests of the public and the defendant in a speedy trial with the interests of justice, the court shall extend the deadline for pretrial motions to October 28, 2011. The government shall respond to any motions filed by November 4, 2011. A hearing upon pretrial motions shall be scheduled for November 10,

2011 at 10:00 a.m.  The extension of time granted by this order shall be considered excludable time for the purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated this 7th day of September, 2011 at Topeka, Kansas.

          s/Richard D. Rogers
          United States District Judge